Gust NELSON and Alvina Nelson, husband and wife, Respondents,

v.

CITY OF ST. PAUL, Appellant.

No. 47062.

Supreme Court of Minnesota.

July 15, 1977.

Harriet Lansing, City Atty., Jerome J. Segal, Asst. City Atty., St. Paul, for appellant.

Lais, Bannigan & Ciresi and Donald L. Lais, St. Paul, for respondents.

Heard before KNUTSON, TODD, and PLUNKETT, JJ., and considered and decided by the court en banc.

PER CURIAM.

Gust and Alvina Nelson, in accordance with appropriate statutory provisions, challenged the validity of certain assessments levied by the city of St. Paul against their

real property. The trial court determined that the amount of the assessment was in excess of the benefits to the property and that the improvements actually conferred no benefit on the property. The city of St. Paul appeals from the judgment. We affirm.

A detailed statement of the facts is unnecessary. We have reviewed the proceedings herein and hold that the trial court properly applied the standards we have established for review of assessments. See, *Gibbish v. Village of Burnsville*, 294 Minn. 318, 200 N.W.2d 310 (1972); *Carlson-Lang Realty Co. v. City of Windom*, Minn., 240 N.W.2d 517 (1976). The findings by the trial court are not clearly erroneous. Rule 52.01, Rules of Civil Procedure.

Affirmed.